UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR 11-0595 LHK |
| ) | CR 11-0596 LHK |
| Plaintiff, ) | |
| ) | ~~[PROPOSED]~~ FINAL ORDER OF |
| v. ) | FORFEITURE |
| ) | |
| ADRIAN GAMINO, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

On May 10, 2012, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, 2006 Blue Chevrolet Silverado PU C1500, CA License #8A08627 VIN # 1GCEC19V56Z184180 and $4,862 in U.S. Currency seized from a vehicle defendant was driving on October 13, 2011, pursuant to Title 21, United States Code, Section 853 and/or Title 18, United States Code, Section 982.

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853 and/or Title 18, United States Code, Section 982.  All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated:   8/2/12

_____
LUCY H. KOH
United States District Judge