UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　Plaintiff,<br>　　v.<br>GAMINO,<br>　　　　Defendant. | Case No.  11-cr-00595-HSG-1<br><br>**ORDER REGARDING DEFENDANT'S MOTION TO REDUCE SENTENCE**<br><br>Re: Dkt. No. 63 |
| USA,<br>　　　　Plaintiff,<br>　　v.<br>GAMINO,<br>　　　　Defendant. | Case No.  11-cr-00596-HSG-2<br><br>Re: Dkt. No. 93 |

Defendant Adrian Gamino filed motions to reduce sentence on June 10, 2024.  *See USA v. Gamino*, Case No. 11-cr-00595-HSG-1, Dkt. No. 63; *USA v. Gamino*, Case No. 11-cr-00596-HSG-2, Dkt. No. 93. The Court **DIRECTS** the government to respond to the motions by June 28, 2024.  Once the responses are received, the motions will be deemed submitted by the Court.

**IT IS SO ORDERED.**

Dated:   6/14/2024

　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge